February 14, 2022

LOUIE GIANNINI-K44657
CALIF, HEALTH CARE FACILITY
FACILITY "D" D7A-102 L
P.O. BOX 213040
STOCKTON, CA 95213

RELATED DDJ



2:22-CV-1223-JVS-KES

LOUIE GIANNINI

V

MR. ROBERT B. BURTON
WARDEN OF C.H.C.F.

MR. VIVERO CAPTAIN
OF C.H.C.F.

CC1 M. COLER COUNSELOR
OF C.H.C.F.

CC1 MR. SHELTON
COUNSELOR OF C.H.C.F.

DECLARATORY JUDGMENT
28 USC SECTION 2201-2202

INMATE GIANNINI WAS DENIED
HIS FIRST AMENDMENT RIGHT
TO BE HEARD

CALIFORNIA HEALTH CARE FICILITY DENYED INMATE GIANNINI HIS CONSTITUTIONAL RIGHT TO PRESENT HIS WRIT OF HABEAS CORPUS TO THE CALIFORNIA DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA.

INMATE GIANNINI HAS COMPLETED ALL STATE COURT ADMINSTRATION REMEDIES AND IS WELL QUALIFIED TO PRESENT HIS WRIT OF HABEAS CORPUS TO THE CALIFORNIA DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA.

WHAT REASONABLE LEGITIMATE PENOLOGICIAL INTEREST WOULD BE TO DENY INMATE GIANNINI FROM PERSENTING HIS WRIT OF HABEAS CORPUS TO THE DISTRICT COURT?

INMATE GIANNINI HAS CONTACTED ALL OFFICIAL ADMINISTRATERS IN CALIFORNIA HEALTH CARE FACILITY FOR ASSISTANCE IN AN ATTEMPT TO CORRECT THIS CONSTITUTIONAL VIOLATION AND " HE RECEIVED NO REPLY."

September 23, 2021 Inmate Giannini wrote a letter to Captain Vivero to complain about the First Amendment Constitutional Violation, and Inmate Giannini received no reply!

November 3, 2021 Inmate Giannini wrote a letter to Mr. Robert B. BURTON Warden of California Health Care Facility, to complain about the First Amendment Constitutional Violation, Inmate Giannini received no reply!

What would be the compelling justification to deny Inmate Giannini his First Amendment right to present his Writ of Habeas Corpus to the California District Court, Central District of California?

In reviewing Exhibit No.1 and Exhibit No.2 these Exhibits would be " reasonably related " to Hate and personal Vengeance!

Inmate Giannini plead's to the Court that time is "precious" Inmate Giannini is 88 years old and not in good health and would appreciate " Justice " a response to his Declaratory Judgment.

LOUIE GIANNINI HEREBY DECLARE: I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT STOCKTON CALIFORNIA ON FEBRUARY 16, 2022.

*Louie Giannini*
LOUIE GIANNINI

September 23,2021

To Captain Vivero:

Dear Captain Vivero, I mailed you two letters requesting help and assistance. The first letter was on July 18,2021, the second letter for help and assistance was on September 9,2021 in each of the letters I receivew no reply.

I mailed a letter to Lieutentant Burkhart for help and assistance on August 9,2021 and I received no reply.

I mailed a letter to Lieutentant Parsons for help and assistance on September 8,2021 and I received no reply.

It is abvious officials in California Health Care Facility are denying Inmate Gianninils right to present his Writ ofHabeas Corpus to the United States Diatrict Court, Central District of California.

This denial was not " reasonably related " to a legitimate penological interest, it is apperantly they are denying Inmate Giannini's first amendment right of the United States Constitution," right to be heard."

Inmate Giannini's question is why would CC1 M. Coler and CC1 Mr.Shelton continjue to keep Inmate Giannini's Writ of Habeas Corpus against his will in California Health Care Facility ?

Inmate Giannini was denied his PROCEDURAL DUE PROCESS. The officials purposely interfered with his time restrain ( Statute of Limitation) and was denied any assistance to correct this Constitutional Violation.

*Louie Giannini*
LOUIE GIANNINI

November 3, 2021

Mr. Robert B. Burton, Warden of California Health Care Facility.

Dear Mr. Burton: In reviewing the denial of Inmate Giannini's 5.00 dollar check to be sent to the United States District Court by CC1 M. Coler and CC1 Mr. Shelton was a LIBERTY INTEREST denying Inmate Giannini's right to be heard a First Amendment Violation, he should have gotten more procedure than he received.

When I was being transfered to building C6A ON april 26/21 I asked CC1 M. Coler if I could have the 5.00 dollar check he received from Inmate Trust Account Office on April 20/21, I needed to send that amount of 5.00 dollars with my Writ of Habeas Corpus to the Federal District Court.

CC1 M. Coler stated I can't give this check to you. I will give it to the counselor in the duilding you are moving to. This statement was in the present of Officer Perez.

I moved to building C6A on April 26/21, only three days latter on April 29/21 I seen my Counselor CC1 Mr. Shelton I asked Mr. Shelton if he received the 5.00 dollar check from CC1 M. Coler "Mr. Shelton said no".

On May 6/21 a week latter CC1 Mr. Shelton came to the building, I asked him if he received the 5.00 dollar check from CC1 M. Coler, " he said no."
On May 13/21 in his weekly visit, I asked CC1 Mr. Shelton if he received the 5.00 dollar check from CC1 M. Coler " CC1 Mr. Shelton said no."
May 21/21 again, in his weekly visit I asked CC1 Mr. Shelton if he received the 5.00 dollar check from CC1 M. Coler, " CC1 Mr. Shelton said no."

CC1 Mr. Shelton said to Inmate Giannini CC1 Coler might have sent the check to the Federal District Court. This is untrue, CC1 M. Coler understood that the Federal District Court will not except the Writ of Habeas Corpus.

1 of 2

without the 5.00 dollar check. CC1 M. Coler also seen " Petition under 28 U.S.C. # 2254 for Writ of Habeas Corpus. It state upon receipt fee of 5.00 dollars your petition will be filed if it is in proper order. The 5.00 dollar fee must be submitted with the petition " NOT SEPARATELY."

From June 18/21 to July 15/21 CC1 Mr. Shelton said he still did not receive the 5.00 dollar check from CC1 M.Coler. On July 15/21 Inmate Giannini gave CC1 Mr.Shelton another order to submit to the Inmate Trust Account Office for 5.00 dollars. The 5.00 dollar check was approve on July 28/21 as duplication service.

Today is February 10,2022 Inmate Giannini still did not receive a check from either CC1 M.Coler or CC1 Mr. Shelton.

There is a reasonable probability that there is a person or persons in California Health Care Facility denying Inmate Giannini of his First Amendment Right to present his Writ of Habeas Corpus to the United States District Court, Central District of California.

Inmate Giannini prays that there is an official in California Health Care Facility that can help Inmate Giannini get his 5.00 dollar check so he can send his Writ of Habeas Corpus to the United States District Court.

LOUIE GIANNINI HERE BY DECLARE: I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT STOCKTON CALIFORNIA ON

*Louie Giannini*
LOUIE GIANNINI

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (06/17)

EXHIBIT NO. 1

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | |
|---|---|
| Institution: | Tracking #: CHCF HC 21000397 |

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used. Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| GIANNINI LOUIE | K44657 | C2A-117 |

**SECTION A:** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the decision, action, condition, omission, policy or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy):

During the Disciplinary Hearing, there would be REASONABLE DOUBT if the staff attempted to prove that the evidence against the Subject ( Louie Giannini) would likely to be true than not. We need to recall the Subject ( Louie Giannini) DID NOT KNOW OR ATTEND THIS PROCEEDING, IT WOULD BE OBVIOUS HE WAS NOT ABLE TO PROVIDE A DEFENSE.

On page five of the Disciplinary hearing they state "in the interest of justice." In reviewing the Disciplinary hearing Louie Giannini was denied his Due Process of our United States Constitution. How can they mention " Perponderance of evidence " when there was no defense! Since Louie Giannini was not informed and was not present of the hearing, this type of hearing would be called a KANGAROO AND A SHAM HEARING. It would also be a back- stabbing proceeding.

Grievant Signature: *Louie Giannini*    Date Submitted: 2/22/21

**SECTION B:** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section B only (Dissatisfied with Health Care Grievance Response):

In reviewing the Disciplinary Hearing Results, this proceeding in denying Petitioner his Due Process (A RIGHT TO BE HEARD ) there is a REASONABLE PROBABILITY this Disciplinary hearing was conducted in hate rather than fairness.

Louie Giannini is only requesting a NEW and FAIR Disciplinary Hearing.

Dear Mr. Muhammad; I am 88 years old, I can't believe such dishonest can exist in this fine institution. The intire Disciplinary Hearing is fabricated. *Louie Giannini*

Grievant Signature: *Louie Giannini*    Date Submitted: 2/22/21

RECEIVED CHCF FEB 24 2021
COMPLETED CHCF APR 16 2021

STAFF USE ONLY

EXHIBIT NO. 2

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
RECEIVED CHCF

Side 1

IAB USE ONLY | Institution/Parole Region | Log # | Category

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| GIANNINI  LOUIE | K-44657 | C6A-101D | NONE |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

**A. Explain your issue** (if you need more space, use Section A of the CDCR 602-A): CC1 N. COLER DENIED LOUIE GIANNINI HIS RIGHT TO SUBMIT HIS WRIT OF HABEAS CORPUS TO THE FEDERAL DISTRICT COURT THROUGH IMMATURITY AND VENGFULNESS.

**B. Action requested** (if you need more space, use Section B of the CDCR 602-A): CC1 N. COLER HAS A 5.00 CHECK THAT THE TRUST OFFICE SENT TO HIM TO GIVE TO ME WHEN I MAILIN MY WRIT OF HABEAS CORPUS TO THE FEDERAL COURT. I NEED THE 5.00 CHECK, MY PAPERWORK IS READY.

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: ALL I NEED IS TO HAVE CC1 N. COLER SEND ME THE 5.00 CHECK THAT HE RECEIVED FROM THE TRUST ACCOUNT OFFICE. IN WHICH HE REFUSES TO DO.

Inmate/Parolee Signature: _Louis Giannini_   Date Submitted: 6/12/21

☐ By placing my initials in this box, I waive my right to receive an Interview.

**C. First Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____ Interview Location: _____
Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____
Reviewer: _____ (Print Name) Title: _____ Signature: _____
Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant _/_/_

EXHIBIT NO. 3

## INSTRUCTIONS FOR FILING
## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY A PERSON IN *STATE* CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the *state* where the judgment was entered. If petitioner has a sentence to be served in the future under a *federal* judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court that entered the judgment.)

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Do **NOT** write on the back of any page.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a **fee of $5.00** your petition will be filed if it is in proper order. The $5.00 fee must be submitted with the petition, not separately.

(4) If you do not have the necessary funds for the filing fee, transcripts, counsel, appeal, and other costs connected with the petition, you may request permission to proceed in forma pauperis, in which event you must execute the form provided by the Court, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you **MUST** have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) You must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least one copy must be mailed to: Clerk of U.S. District Court, 333 West Broadway, Suite 420, San Diego CA 92101.

(8) Petitions that do not conform to these instructions will be returned with a notation as to the deficiency.

CIV 68 (Rev. May 2013)

cv

TO THE CLERL OF THE COURT.

INMATE GIANNINI IS FILING A DECLARATORY JUDGMENT.

INMATE GIANNINI WAS DENIED HIS CONSTITUTIONAL RIGHT TO PRESENT HIS WRIT OF HABEAS CORPUS TO THE UNITED STATES DISTRICT COURT.

### EXHIBIT

(1) DECLARATORY JUDGMENT

(2) LETTER TO CAPTAIN VIVERO

(3) LETTER TO ROBERT B. BURTON, WARDEN

(4) EXHIBIT No. 1

(5) EXHIBIT No. 2

(6) EXHIBIT No. 3



Louie Giannini K44657
California Health Care Facility
Facility D, D7A 102L
P.O. Box 213040
Stockton, CA 95213

To the Clerk of the United States District Court
United States Courthouse
ATTN: Intake/Docket Section
312 North Spring Street
Los Angeles, California 90012